IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No: 1:17-cv-1297 |
| v. | ) |
| | ) |
| | ) |
| UNITED BANKSHARES, INC. | ) |
| ("UBI") | ) |
| | ) |
| | ) |
| Defendant. | ) |

**<u>JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE</u>**

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff KEITH CARROLL and Defendant UNITED BANKSHARES, INC. stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: March 1, 2018

Respectfully submitted,

/s/ Thomas E. Strelka

Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW,
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802

thomas@strelkalaw.com
leigh@strelkalaw.com

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
PACIFIC TRIAL ATTORNEYS
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*


/s/ Floyd E. Boone, Jr.
Floyd E. Boone, Jr., Esq.
Sandra M. Murphy, Esq.
BOWLES RICE
600 Quarrier Street
Charleston, WV 25301

*Counsel for Defendant*
United Bankshares, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March 2018, the foregoing was electronically field with the Clerk of Court using the CM/ECF system, which will send notification to the following:

/s/ Floyd E. Boone, Jr.
Floyd E. Boone, Jr., Esq.
Sandra M. Murphy, Esq.
BOWLES RICE
600 Quarrier Street
Charleston, WV 25301
*Counsel for Defendant*

/s/ Thomas E. Strelka
Thomas E. Strelka, Esquire
L. Leigh R. Strelka, Esquire
STRELKA LAW OFFICE, P.C.
Warehouse Row
119 Norfolk Avenue, SW, Suite 330
Roanoke, VA 24011
(540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com

*Counsel for Plaintiff*